[No. 22459-7-III. Division Three. March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON C. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00746-6, Tari S. Eitzen, J., entered September 23, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22557-7-III. Division Three. March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BENAVIDES MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00414-9, Kenneth L. Jorgensen, J., entered October 21, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22767-7-III. Division Three. March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRLA NICOLE SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03119-5, Michael P. Price, J., entered February 17, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22846-1-III. Division Three. March 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AMEL WILLIAM DALLUGE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00986-8, Evan E. Sperline, J., entered February 24, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.